Jeffry Locke
530 Alameda Del Prado, #396
Novato, CA 94949
Telephone: (415) 413-4401

Trustee in Bankruptcy

**FILED**
APR 21 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| In re: | Case No. 03-11704 AJ |
|---|---|
| RTR FREIGHT & LOGISTICS, INC. | Chapter 7 |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $7,242.54. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| | BC STOCKINGS DISTRIBUTORS<br>P.O. Box 567,<br>Vacaville, CA 95696 | 0.00 | 5,443.61 |
| | CITICAPITAL<br>250 E. John Carpenter Fwy,, 4 Decker M/D HO4-120<br>Irving, TX 75062 | 0.00 | 1,264.01 |
| | STATE COMPENSATION INSURANCE FUND<br>1275 Market St. # 220,<br>San Francisco, CA 94103 | 0.00 | 534.92 |
| | Total Unclaimed Dividends | | $7,242.54 |

Dated: April 12, 2010

_____
Jeffry Locke, TRUSTEE